# LaBonte Law Group
## PLLC

Stevan H. LaBonte
Christine M. Staiano
Scott H. Mandel
Samantha Stanciu

Daniel Friedman

333 Jericho Turnpike., Suite 200
Jericho, NY 11753
T: 516-280-8580 • F: 631-794-2434
www.LaBonteLawGroup.com

*of Counsel:*
Michael R. Freeda
Giulia Palermo
Richard D. Simon
Vivian Sobers

November 15, 2022

**VIA ECF**
United States District Court
Southern District of New York
Denise Cote, U.S.D.J.
500 Pearl Street, Room 1910
New York, NY 10007

    Re:    Bayron-Paz v. Wells Fargo Bank, N.A., et al.
             Case No.: 1:22-cv-06122-DLC

Dear Judge Cote,

    This firm represents defendant B&Z Auto Enterprises, LLC d/b/a Eastchester Chrysler Jeep Dodge ("ECJD"). On consent of all parties, ECJD moves for an extension of time to answer or otherwise respond to Plaintiff's first amended complaint to December 2, 2022. This is ECJD's first request for an extension.

    In addition, on consent of all parties, ECJD also requests that the initial conference, currently scheduled for November 18, be adjourned to any of the following dates that are convenient for the Court: December 2, 9, or 16. The parties further request that the initial conference be held virtually.

    Thank you for your courtesy and consideration of this matter.

Respectfully submitted,

LaBONTE LAW GROUP, PLLC

BY: /s/ Scott H. Mandel
       Scott H. Mandel

*Handwritten endorsement:* Granted. The conference is also moved to 12/2 at 10:00 am. /s/ Denise Cote 11/15/22