```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   22cv6122 (DLC)
GERMAN BAYRON-PAZ,                        :
                                          :
                         Plaintiff,       :   ORDER
            -v-                           :
                                          :
WELLS FARGO BANK, N.A. and B&Z AUTO       :
ENTERPRISES, LLC d/b/a EASTCHESTER        :
CHRYSLER JEEP DODGE,                      :
                                          :
                         Defendants.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On February 2, 2023, defendant B&Z Auto Enterprises, LLC ("B&Z Auto") requested a one-week extension of its deadline to file its motion to dismiss. It is hereby

ORDERED that defendant B&Z Auto shall answer or file any motion to dismiss the first amended complaint by **February 10, 2023**.

IT IS FURTHER ORDERED that the plaintiff shall file any amended complaint by **March 3, 2023**. It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any oppositions to the motions to dismiss by **March 3, 2023**. Replies, if any, shall be filed by **March 17, 2023**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all

motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that there shall be no further adjournment of these dates.

Dated:  New York, New York
        February 2, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge