```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   22cv6122 (DLC)
GERMAN BAYRON-PAZ,                    :
                                      :
                     Plaintiff,       :   ORDER
         -v-                          :
                                      :
WELLS FARGO BANK, N.A. and B&Z AUTO   :
ENTERPRISES, LLC d/b/a EASTCHESTER    :
CHRYSLER JEEP DODGE,                  :
                                      :
                     Defendants.      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On March 3, 2023, the plaintiff filed a second amended complaint ("SAC"). It is hereby

ORDERED that defendant Wells Fargo Bank, N.A's December 1, 2022 motion to dismiss is denied as moot without prejudice to renewal.

IT IS FURTHER ORDERED that defendant B&Z Auto Enterprises, LLC's February 10, 2023 motion to compel arbitration and motion to dismiss are denied as moot without prejudice to renewal.

IT IS FURTHER ORDERED that the defendants shall file their motions to dismiss or otherwise respond to the SAC by **March 17, 2023**.

IT IS FURTHER ORDERED that the plaintiff shall file any oppositions to the motions to dismiss by **April 7, 2023**. Replies, if any, shall be filed by **April 21, 2023**. At the time

any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         March 6, 2023

_____
DENISE COTE
United States District Judge