UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

GERMAN BAYRON-PAZ,

               Plaintiff,

   -against-                          Civil Action No. 1:22-cv-06122-DLC
                                          **NOTICE OF MOTION TO COMPEL ARBITRATION**

WELLS FARGO BANK, N.A.,
B&Z AUTO ENTERPRISES, LLC
DBA EASTCHESTER CHRYSLER
JEEP DODGE,

               Defendants.
------------------------------------------------------X

TO:   Novlette R. Kidd, Esq.                Scott H. Mandel, Esq.
        Fagenson & Publisi, PLLC           LaBonte Law Group, PLLC
        450 Seventh Avenue, Suite 704      333 Jericho Turnpike, Suite 200
        New York, New York 10123           Jericho, NY 11753
        nkidd@fagensonpuglisi.com          smandel@labontelawgroup.com

        **PLEASE TAKE NOTICE** that the accompanying Memorandum of Law, Declaration of Ira Scot Silverstein, Esq., dated March 7, 2023, and upon all prior pleadings and proceedings had herein, Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), will move this Honorable Court, before the Honorable Denise Cote, United States District Judge at the United States District Court for the Southern District of New York, located at 500 Pearl Street, Courtroom 18B, New York, New York, 10007-1312, on a date and time to be designated by the Court, to compel arbitration, or in the alternative, to stay this matter pending arbitration, pursuant to Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, and for such other and further relief as the Court may deem just and proper.

DATED: March 7, 2023                    Respectfully submitted,

                                                **LIEBLER, GONZALEZ & PORTUONDO**

CASE NO. 1:22-cv-06122-DLC

By:   */s/ Ira Scot Silverstein, Esq.*
Ira Scot Silverstein, Esq. (5972740)
Courthouse Tower − 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Facsimile:  (305) 379-9626
Email: iss@lgplaw.com
*Attorneys for Wells Fargo Bank, N.A*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___ day of March, 2023, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Ira Scot Silverstein, Esq.*
IRA SCOT SILVERSTEIN