UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :   22cv6122 (DLC)
GERMAN BAYRON-PAZ,                         :
                                           :
                            Plaintiff,     :   ORDER
               -v-                         :
                                           :
WELLS FARGO BANK, N.A. and B&Z AUTO        :
ENTERPRISES, LLC d/b/a EASTCHESTER         :
CHRYSLER JEEP DODGE,                       :
                                           :
                            Defendants.    :
                                           :
----------------------------------------- X

DENISE COTE, District Judge:

   In March 2023, defendants in this action moved to compel arbitration.  An Opinion and Order of July 7, 2023 granted defendants' motions and stayed the action pending the outcome of the arbitration proceedings.  An Order of July 24, 2023 denied plaintiff's motion for reconsideration.  Accordingly, it is hereby

   ORDERED that the parties shall file a status letter by March 29, 2024.


Dated:    New York, New York
          October 4, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge